IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mesa Underwriters
  Specialty Insurance Co.,

        Plaintiff,

      v.

Ronald L. Myers, et al.,

        Defendants

Case No. 3:14CV2201

**JUDGMENT ENTRY**

For the reasons stated in the order filed contemporaneously with this judgment, it is hereby ORDERED THAT:

1. Mesa's motion for summary judgment (Doc. 39) be, and the same hereby is, granted; and

2. Myers's motion for summary judgment (Doc. 41) be, and the same hereby is, denied.

So ordered.

                        /s/ James G. Carr
                        Sr. U.S. District Judge